UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE LEE BLASSINGILL, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:17-CV-3415-B (BH) |
| ) | |
| ) | Referred to U.S. Magistrate Judge |
| NINA REYES and SARAH ORTIZ, ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The claims of the plaintiff's estate will be dismissed by separate judgment.

**SIGNED** this 9th day of October, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE